UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LISA KUHN ET AL.                          CIVIL ACTION

VERSUS                                    NO. 13-2507
                                            c/w 13-2512
                                            (pertains to all cases)

ENERGY EXPRESS, L.L.C ET AL.              SECTION: "B"(5)

<u>ORDER OF DISMISSAL</u>

The Court has been advised by Plaintiffs' counsel that all
of the parties to these consolidated actions have firmly agreed
upon a compromise and have assured that they need only to execute
releases and agreements. Accordingly,

**IT IS ORDERED** that this action is hereby **DISMISSED** without
costs and without prejudice to the right of the parties, upon
good cause shown, within sixty (60) days, to seek summary
judgment enforcing the compromise if it is not consummated by
that time.  The Court retains jurisdiction over this action to
enforce settlement if not timely consummated or if final
settlement authority is not obtained, provided a motion to
enforce the settlement or, alternatively, a motion to extend this
period is filed within 60 days from entry of this order.

**PARTIES ARE WARNED THAT FAILURE TO TIMELY FILE A MOTION TO
ENFORCE SETTLEMENT SHALL DIVEST THIS COURT FROM HAVING SUBJECT
MATTER JURISDICTION OVER THIS ACTION. WOOLWINE FORD LINCOLN
MERCURY V. CONSOLIDATED FINANCIAL RESOURCES, INC., 245 F.3d 791**

(5th Circuit December 27, 2000) (PER CURIAM) (UNPUBLISHED CIVIL ACTION NO. 00-60314).  PARTIES ARE FURTHER WARNED THAT FAILURE TO TIMELY CONSUMMATE SETTLEMENT WITHIN THE SIXTY (60) DAY PERIOD SHALL LEAD TO THE IMPOSITION OF SANCTIONS AGAINST THE PARTY(S) FAILING TO COMPLY WITH THIS ORDER.

COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, EVERY WITNESS MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.

IT IS FURTHER ORDERED THAT ALL PENDING MOTIONS BETWEEN SETTLING PARTIES ARE DISMISSED AS MOOT.

New Orleans, Louisiana, this 2nd day of June, 2014.

UNITED STATES DISTRICT JUDGE